IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLTON COOPER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-25-40-SLP ) |
| J. FARRIS, | ) ) |
| Respondent. | ) ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Amanda Maxfield Green entered on January 23, 2025 [Doc. No. 7]. Judge Green recommends denial of the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 2] and dismissal of this action unless Petitioner pays the $5.00 filing fee. A review of the Court's docket reveals Petitioner paid the $5.00 filing fee on February 10, 2025. *See* [Doc. No. 8]. Therefore, the Court adopts the Report and Recommendation and re-refers the matter to the Judge Green for further proceedings.

IT IS SO ORDERED this 11th day of February, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE